# Exhibit D





