# Exhibit G

# shutterst**ck

Heidi Garfield <hgarfield@shutterstock.com>

## shutterstpck.com domain name

**Heidi Garfield** <hgarfield@shutterstock.com>                                  Wed, Mar 12, 2014 at 4:36 PM
To: sdnorby@gmail.com
Cc: Counsel <counsel@shutterstock.com>, Leah Hogan <lhogan@shutterstock.com>

Dear Norbert Pikulski:

I am Corporate Counsel at Shutterstock, Inc. ("Shutterstock") and I am writing to follow up on a voicemail that
Michael Lesser, Shutterstock's General Counsel, left for you earlier today. As you know, Shutterstock operates a
digital marketplace for stock imagery and licenses such images for use around the world. Shutterstock owns
valuable trademark rights in and to the SHUTTERSTOCK word and design ("Shutterstock Trademarks")
worldwide, including but not limited to United States trademark registrations 4,286,055, 4,
286,051, 4,286,050, 4,286,044, 4,286,040, and 3,084,900. The Shutterstock Trademarks are recognized
worldwide and associated with licensing services for high quality content.  Likewise, Shutterstock owns and
operates domain names worldwide incorporating its valuable Shutterstock Trademarks, including, for
example, www.shutterstock.com and www.shutterstock.jp (collectively, the "Shutterstock Domains").

We have recently learned that you are the registrant of the site located at shutterstpck.com ("Infringing Domain").
The Infringing Domain is confusingly similar to the Shutterstock Trademarks and Shutterstock Domains and
clearly trades on the Shutterstock Trademarks and intends to confuse consumers by typosquatting; specifically,
spelling "Shutterstock" as "shutterstpck" and replacing the "o" with "p".  Moreover, your suggestion of
Shutterstock in a site that resolves to graphic adult content (ehhun.com) dilutes the Shutterstock Trademarks
and tarnishes Shutterstock's valuable reputation. We are not aware of any legitimate interest you might have in
the Infringing Domain. We believe that this matter may be resolved quickly and amicably between us by your
transfer of the Infringing Domain registration to Shutterstock. Shutterstock will compensate you for those costs
of transferring the domain name registration that are directly related to the transfer to Shutterstock.

We ask that you confirm your receipt of and compliance with this request no later than March 14, 2014. The
foregoing is not intended as a waiver, compromise or an offer of settlement and is sent without prejudice to any
rights or future claims or defenses of Shutterstock.

Best regards,
Heidi
---

**Heidi Garfield**
Corporate Counsel

# shutterst**ck

hgarfield@shutterstock.com
T. 646.710.3381
F. 646.786.4782
350 Fifth Avenue
New York, NY 10118

In search of creative inspiration?
See Instant in Shutterstock Labs

This message is confidential and is intended only for the individual(s) or entity named above and others who have been specifically
authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to
others. Please notify the sender that you have received this e-mail in error by replying to the e-mail. Please delete the e-mail and any copies
of it. Under no circumstances may the contents hereof be disclosed to the public without the sender's prior written permission. Thank you.

EXHIBIT G
PAGE 68

EXHIBIT G
PAGE 69