# Exhibit H





📑 Expand    ▌ ↩ Reply  ↻ Retweet  ★ Favorite  ••• More

 **googpussy.com** @ehhun · Mar 15
I saw the pics ya she was a mommy that's the reason I gave her the ish...
#trick #feedthehoes pic.twitter.com/cE7FjiapT9



📑 Expand    ▌ ↩ Reply  ↻ Retweet  ★ Favorite  ••• More

 Retweeted by googpussy.com
**william john** @williamjohn66 · Mar 15
You can discover more about a person in an hour of play than in a year of conversation.  Plato

Expand    ▌ ↩ Reply  ↻ Retweet  ★ Favorite  ••• More

 **googpussy.com** @ehhun · Mar 14
Friday... Ya theres drugs... pic.twitter.com/GG2bphqrUQ

3/26/2014
Case 3:14-cv-00869-WQH-NLS  Document 1-9  Filed 04/11/14  PageID.74  Page 4 of 8
googpussy.com (ehhun) on Twitter

Expand  Reply  Retweet  Favorite  More


**googpussy.com** @ehhun · Mar 13
Lets c quality... pic.twitter.com/hLgjOoyvwt



Expand  Reply  Retweet  Favorite  More


**googpussy.com** @ehhun · Mar 13
I said bitch shut up..I'm watching Britney spears... @britneyspears
pic.twitter.com/Nwe1qyUtag



Expand  Reply  Retweet  Favorite  More


**googpussy.com** @ehhun · Mar 13
I called this 1 hooker n said u gotta let me tweet a pic of ur ass...
pic.twitter.com/37UeUX3aqK



Expand    Reply   Retweet   ★ Favorite   ••• More



Retweeted by googpussy.com
**Maleah Wrecks** @satisfying_ · Mar 9
WHO DID THIS pic.twitter.com/svwKOzHwXl



Expand    Reply   Retweet   ★ Favorite   ••• More

Retweeted by googpussy.com
**Maleah Wrecks** @satisfying_ · Feb 8
I want this pic.twitter.com/fQi3yyXh0Z



Expand    Reply   Retweet   ★ Favorite   ••• More



**googpussy.com** @ehhun · Mar 11
Oh so ur getn married now bitch? Ahha so u sucked his dick long nuff now so u want a piece of his pie? pic.twitter.com/U9gd0eIC5X



 Expand     ❙ ↩ Reply  ♺ Retweet  ★ Favorite  ••• More

 **googpussy.com** @ehhun · Mar 11
Mango bluntski... pic.twitter.com/83QEJzRAot

 Expand     ❙ ↩ Reply  ♺ Retweet  ★ Favorite  ••• More

**googpussy.com** @ehhun · Mar 11
@PauliReed haha I'm sure most that died in this list smoke herb but it could contribute thru decisions son stonrssuk pic.twitter.com/GFDVmOfCds



 View photo     ❙ ↩ Reply  ♺ Retweet  ★ Favorite  ••• More

 **googpussy.com** @ehhun · Mar 10
@ChriisBrownn_ datts y u can't change a hoe into a housewife.. cuz day really a h03! pic.twitter.com/Amm2f7pnD5



💬 🖼 View photo                                    ▎🔙 Reply  ⟲ Retweet  ★ Favorite  ••• More

 **googpussy.com** @ehhun · Mar 10
First blunt rolled at 14... I roll small medium or large blunts :)
pic.twitter.com/YW2nS2Dp0l



🖼 Expand                                           ▎🔙 Reply  ⟲ Retweet  ★ Favorite  ••• More

 **googpussy.com** @ehhun · Mar 10
Dat wus fast... pic.twitter.com/LW9hdfGxuh



Expand | Reply  Retweet  Favorite  More