# Exhibit J

# shutterstock

Heidi Garfield <hgarfield@shutterstock.com>

## shutterstpck.com domain name

**Norbert Pikulski** <sdnorby@gmail.com>                                        Wed, Apr 9, 2014 at 9:57 AM
To: Heidi Garfield <hgarfield@shutterstock.com>

I bought these domains with my blood. Good luck prying them from my hands. I didnt eat the night i created my babies...it broke my bank. compensation for transfer is a shame... these creations are certainly inequitably invaluable to anyone, moreover i entertained and embraced my st0cked shutterSt0ck customers, and how dare some frank guy call and demand me to hand over my creation? I hope your counsel is aware that as soon as i register my .com it is automatically copyrighted and registered. Without legal zoom help. You own the internet? Are you aware that one day certainly one will be glad that one can register a 28 letter random alphanumberized domain. I do see that the domain shutterstock is a competitor because ehutterstock specializes in absolutely free images. I do recognize that ehutterstock and affiliations do not compromise any trademarks. Best of luck to u n ur equity holders. My first .com was registered in 99 im aware of icann regulations.

On Mar 12, 2014 1:37 PM, "Heidi Garfield" <hgarfield@shutterstock.com> wrote:
> Dear Norbert Pikulski:
>
> I am Corporate Counsel at Shutterstock, Inc. ("Shutterstock") and I am writing to follow up on a voicemail that Michael Lesser, Shutterstock's General Counsel, left for you earlier today. As you know, Shutterstock operates a digital marketplace for stock imagery and licenses such images for use around the world. Shutterstock owns valuable trademark rights in and to the SHUTTERSTOCK word and design ("Shutterstock Trademarks") worldwide, including but not limited to United States trademark registrations 4,286,055, 4,286,051, 4,286,050, 4,286,044, 4,286,040, and 3,084,900.
> The Shutterstock Trademarks are recognized worldwide and associated with licensing services for high quality content. Likewise, Shutterstock owns and operates domain names worldwide incorporating its valuable Shutterstock Trademarks, including, for example, www.shutterstock.com and www.shutterstock.jp ( collectively, the "Shutterstock Domains").
>
> We have recently learned that you are the registrant of the site located at shutterstpck.com ("Infringing Domain"). The Infringing Domain is confusingly similar to the Shutterstock Trademarks and Shutterstock Domains and clearly trades on the Shutterstock Trademarks and intends to confuse consumers by typosquatting; specifically, spelling "Shutterstock" as "shutterstpck" and replacing the "o" with "p". Moreover, your suggestion of Shutterstock in a site that resolves to graphic adult content (ehhun.com) dilutes the Shutterstock Trademarks and tarnishes Shutterstock's valuable reputation. We are not aware of any legitimate interest you might have in the Infringing Domain. We believe that this matter may be resolved quickly and amicably between us by your transfer of the Infringing Domain registration to Shutterstock. Shutterstock will compensate you for those costs of transferring the domain name registration that are directly related to the transfer to Shutterstock.
>
> We ask that you confirm your receipt of and compliance with this request no later than <u>March 14, 2014</u>. The foregoing is not intended as a waiver, compromise or an offer of settlement and is sent without prejudice to any rights or future claims or defenses of Shutterstock.
>
> Best regards,
> Heidi
> --
>
> **Heidi Garfield**
> Corporate Counsel

# shutterstock

hgarfield@shutterstock.com
T. 646.710.3381
F. 646.786.4782
350 Fifth Avenue
New York, NY 10118

In search of creative inspiration?
See Instant in Shutterstock Labs

This message is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error by replying to the e-mail. Please delete the e-mail and any copies of it. Under no circumstances may the contents hereof be disclosed to the public without the sender's prior written permission. Thank you.