1  LOBB & CLIFF, LLP
   GREGORY A. NYLEN (SBN 151129)
2  Email: *gnylen@lobbcliff.com*
   1650 Spruce Street, Suite 410
3  Riverside, CA 92507
   Telephone: (951) 788-9410
4  Facsimile:  (951) 788-0766
5
   Attorneys for Plaintiff SHUTTERSTOCK, INC.
6
7
8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| SHUTTERSTOCK, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> NORBERT PIKULSKI, an individual d/b/a shutterst9ck.com, shjtterstock.com, ehutterstock.com, zhutterstock.com, whutterstock.com, shutterstpck.com, sh7tterstock.com, and shutterst0ck.com; and DOES 1-10, <br><br> Defendants. | CASE NO. 3:14-cv-0869 WQ-HNLS <br><br> **PLAINTIFF'S REPLY RE NON-OPPOSITION TO NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT** <br><br><br> **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1

Plaintiff has not received any Opposition from Defendant in this action. Therefore, Plaintiff respectfully requests that this Court grant its Motion for Entry of Judgment for all of the reasons set forth in its moving papers.

DATED: August 1, 2014				LOBB & CLIFF, LLP


					By:   /s/ Gregory A. Nylen
					Gregory A. Nylen
					Attorneys for Plaintiff SHUTTERSTOCK, INC.